00-CR-05754-ORD

FILED ____ LODGED
____ RECEIVED

JAN 3 0 2006

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY ____ DEPUTY

Magistrate Judge

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> BRIAN R. LEARY, <br><br> Defendant. | NO. CR00-5754 <br><br> ORDER FOR DISMISSAL OF DEFERRED PROSECUTION RCW 10.05 |

Pursuant to the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the Western District of Washington hereby dismisses the Information in the above-captioned matter against defendant BRIAN R. LEARY after successful completion of a deferred prosecution program pursuant to RCW 10.05.120.

DATED this 25th day of January, 2006..

JOHN McKAY
United States Attorney

_____
BARBARA J. SIEVERS
Assistant United States Attorney

ORDERED this 30 date of _____, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

ORDER OF DISMISSAL- DEFERRED PROSECUTION - 1
BRIAN R. LEARY; CR00-5754

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970